# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WESLEE A. ALEXANDER,**

    Petitioner,                       **CASE NO. 2:10-CV-481**
                                              **JUDGE FROST**
v.                                         **MAGISTRATE JUDGE KING**

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

    Respondent.

## OPINION AND ORDER

On September 30, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

The Clerk shall enter FINAL JUDGMENT.

                                                                 /s/   Gregory L. Frost
                                                             **GREGORY L. FROST**
                                                             **United States District Judge**